IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02808-RPM

CAPITAL CONFIRMATION, INC.,

    Plaintiff,

v.

AUDITCONFIRMATIONS LLC.,

    Defendant.

_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND ANSWER AND COUNTERCLAIMS
_____

After review of Defendant-Counterclaimant's Unopposed Motion to Amend Answer and Counterclaims [19], filed June 28, 2010, it is

ORDERED that the motion is granted and the First Amended Answer and Counterclaims attached thereto is accepted for filing.

DATED:    June 29th 2010

                                                             BY THE COURT:

                                                             s/Richard P. Matsch

                                                             _____

                                                             Richard P. Matsch, Senior District Judge