IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02808-RPM

CAPITAL CONFIRMATION, INC.,

    Plaintiff,

v.

AUDITCONFIRMATIONS LLC.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [27], filed on October 7, 2010, it is

ORDERED that this action is dismissed with prejudice.

DATED:    October 8th, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge